Mount *v.* Mount.

---

M. MOUNT, by her next friend, *vs.* MOUNT.

Where a bond for costs, in the penalty of $250, with sureties, is required to be given in a suit, the sureties respectively must justify in double the amount of the penalty of such bond.

THIS was an appeal, from the decision of a vice chancellor, in relation to the amount in which the sureties of the next friend should justify, upon an order requiring him to give security for costs.

*T. S. Brady,* for the appellant.

*P. Dow,* for the respondent.

THE CHANCELLOR decided that, under the existing laws relative to the exemption of property from execution, a person who was not worth more than $250 was not good security for costs. He said that where a bond for costs in the penalty of $250 was required, the sureties, respectively, should be required to justify in double that amount; to render it probable that the amount of the penalty of the bond could be collected of either or both of the sureties upon execution.

Order accordingly.